UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:
Debtor: PONCE DE LEON 1403 INC
Case Number: 11-07920-ESL11            Chapter: 11
Date / Time / Room: 9/18/2013 9:30 AM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: DENNIS RODRIGUEZ
Reporter / ECR: LORI ANNIE RODRIGUEZ

## Matter:
Confirmation of debtors Amended Ch. 11 Plan of reorganization dated 01/25/2013 (#177)

Consejo de Condomines Metro Plazas Second Motion for Allowance of Adm. Payment cost of repair of cistern a common element (# 243)
RPLP 2011 Holdings LLCs Response to Consejo de Titulares delCondominio Metro Plaza Towers Second request for payment ofAdministrative Expense (# 247)
Debtors Reply to Consejo de Titulares request for entry of Order granting payment of administrative expense (# 248)

## Appearances:
CARMEN D CONDE TORRES ✓
LUISA S VALLE CASTRO ✓
ISABEL M FULLANA ✓
NAYUAN ZOUAIRABANI TRINIDAD    Ubaldo Fernandez, PRLP

## Proceedings:
ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

✓ The hearing is continued to: _without date_

___ Other: The plan is confirmed, all classes have accepted plan, including PRLP on account of agreement to be filed within 7 days. Payments to HOA detailed in par XI of the stipulation. Maintenance fees to be paid on effective date of plan. Parties granted 14 days to object to stipulation. Objection language to be modified and notified to all parties in interest. Parties to move the court within 14 days after stipulation filed to move the court.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge